# EXHIBIT E

**OFFICE OF THE SHERIFF**



515 W. Moreland Blvd.
Box 1488
Waukesha, WI 53187

Waukesha County Jail
Box 0217
Waukesha, WI 53187

Waukesha County Huber
1400 Northview Road
Waukesha, WI 53188

**ERIC SEVERSON, *Sheriff***

August 18, 2025

Cade Law Group LLC
PO Box 170887
Milwaukee, WI 53217

Shayhorn
EXHIBIT: 8
6/16/26 TPH
Cream City Reporting,LLC

RE: Request for records

Dear Attorney Cade:

You made a request under Wisconsin Public Records Law to the Waukesha County Sheriff's Department. I am a designated Custodian of Records for the Waukesha County Sheriff's Department. I am in receipt of your request, which was received by my office on August 15, 2025, via email. I construe this request as a Public Records Request, and such requests are governed by Secs. 19.31-19.39, Wis. Stats., as well as other relevant prevailing and applicable laws. This strong presumption of public access may give way to statutory or common law exceptions, or a balancing test to determine if there is an overriding public interest in keeping the record confidential. Accordingly, I am releasing records that were responsive to your request. Your request seeks the following:

1. A copy of all FLOCK camera1 searches performed by your Department from May 4, 2025, to the present with regards to any of the following:

Driver - Napoleon Jones; *Flock is unable to search by Driver name. No responsive records were located.*

White 2020 BMW Vehicle, License Plate 012394A31; *Attached are the responsive records located from keyword "white BMW". The plate "012394A31" was rejected as being too long and resulted in zero results.*

-The documents requested also would include all FLOCK audit data. *The organization audit data is included in the results located in the records located in the search for "white BMW"*

2. All internal computer database searches with performed by your Department from May 4, 2025, to the present with regards to any of the following: *Waukesha County IT Department conducted an internal search of Sheriff Department's Record Management System on August 18, 2025, and provided the attached spreadsheet. See the attached spreadsheet for the list of Department personnel that accessed the name record or vehicle record.*

Driver - Napoleon Jones.

White 2020 BMW Vehicle, License Plate 012394A31.

Please note that determinations by records custodians are subject to review under Sec. 19.37(1), Wis. Stats. in an action for mandamus, or by application to the District Attorney or Attorney General.

Sincerely,

Lisa Zielke
Office Services Coordinator
Waukesha County Sheriff's Department

| Name | Org Name | Total Networks Searched | Total Devices Searched | Time Frame | License Plate | Reason | Case # | Filters | Search Time | Search Type | Text Prompt | Moderation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 03/01/2025, 12:00:00 PM UTC 03/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:18:23 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 03/22/2025, 11:00:00 AM UTC 04/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:17:12 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/01/2025, 11:00:00 AM UTC 04/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:15:58 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/02/2025, 01:30:43 AM UTC 04/17/2025, 03:30:43 AM UTC | | More Like This INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:14:17 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/17/2025, 11:00:00 AM UTC 05/04/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:16:27 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/18/2025, 11:00:00 AM UTC 05/05/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:16:43 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/20/2025, 01:30:43 AM UTC 05/01/2025, 03:30:43 AM UTC | | More Like This INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:14:05 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 02:43:54 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:11 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 179 | 3523 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:17 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:22 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 05:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:39:16 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:39:23 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:39:35 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 01:41:08 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 02:57:03 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:20:25 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 02:58:01 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/03/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:39:09 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 14 | 153 | 05/03/2025, 11:00:00 AM UTC 05/05/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 02:52:08 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/03/2025, 11:00:00 AM UTC 05/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:20:37 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/04/2025, 01:00:01 AM UTC 05/05/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 02:44:54 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 05:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:38:27 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 05:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 01:38:40 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 01:41:19 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 06:00:00 PM UTC 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:08 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 06:00:00 PM UTC 05/08/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:40 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 06:00:00 PM UTC 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:42 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/04/2025, 06:00:00 PM UTC 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:57 AM UTC | search | | |
| Lisa Panas | Waukesha County WI SO | 3 | 10 | 05/04/2025, 10:30:00 PM UTC 05/05/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMW | 05/06/2025, 07:09:01 PM UTC | search | | |
| Lisa Panas | Waukesha County WI SO | 3 | 10 | 05/04/2025, 10:30:00 PM UTC 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWWhite | 05/05/2025, 07:09:35 PM UTC | search | | |
| Lisa Panas | Waukesha County WI SO | 3 | 10 | 05/04/2025, 10:30:00 PM UTC 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWWhite | 05/06/2025, 07:10:11 PM UTC | search | | |
| Lisa Panas | Waukesha County WI SO | 3 | 10 | 05/04/2025, 10:30:00 PM UTC 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWWhite | 05/05/2025, 07:10:39 PM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/04/2025, 11:00:00 AM UTC 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:20:18 AM UTC | search | | |
| Lisa Panas | Waukesha County WI SO | 3 | 10 | 05/04/2025, 11:02:00 PM UTC 05/04/2025, 11:30:00 PM UTC | | Identify driver | w25032299 | BMW | 05/06/2025, 07:07:09 PM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/05/2025, 06:00:00 PM UTC 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:56 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 05/14/2025, 08:00:00 PM UTC 05/31/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:54 PM UTC | search | | |
| Tyler Steeno | Waukesha County WI SO | 3 | 10 | 05/15/2025, 10:00:49 PM UTC 05/16/2025, 12:00:49 AM UTC | KNU1547 | DV | | BMWWisconsin | 05/15/2025, 11:36:11 PM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/16/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:22:20 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/16/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:22:38 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/16/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:22:52 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/16/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:22:58 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/16/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:23:04 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/17/2025, 11:00:00 AM UTC 06/01/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:06:12 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4303 | 05/22/2025, 07:00:00 PM UTC 05/22/2025, 09:30:00 PM UTC | | theft | | SUVBMWWhite | 05/27/2025, 02:13:16 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 05/30/2025, 08:00:00 PM UTC 05/31/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:41 PM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/30/2025, 11:00:00 AM UTC 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:23:20 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/01/2025, 08:00:00 PM UTC 06/02/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:25 PM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 06/01/2025, 11:00:00 AM UTC 06/10/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:19:17 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/02/2025, 08:00:00 PM UTC 06/03/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:17 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 02:30:28 PM UTC 06/05/2025, 02:30:28 PM UTC | | elude | | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:15:29 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 02:30:28 PM UTC 06/05/2025, 02:30:28 PM UTC | | elude | | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:15:32 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 08:00:00 PM UTC 06/04/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:10 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 09:00:00 PM UTC 06/04/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:03 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 10:00:00 PM UTC 06/03/2025, 11:00:00 PM UTC | | elude | | BMW | 06/05/2025, 02:20:53 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/03/2025, 10:00:00 PM UTC 06/04/2025, 11:00:00 PM UTC | | elude | | BMW | 06/05/2025, 02:20:41 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/04/2025, 02:30:19 PM UTC 06/05/2025, 02:30:19 PM UTC | | elude | | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:14:31 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/04/2025, 05:00:00 AM UTC 06/06/2025, 05:48:59 AM UTC | | Elude | | BMW | 06/05/2025, 06:50:30 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 1 | 25 | 06/04/2025, 09:30:00 PM UTC 06/04/2025, 10:30:00 PM UTC | | Eluding | | BMW | 06/05/2025, 06:54:52 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 1 | 1 | 06/04/2025, 09:30:00 PM UTC 06/04/2025, 10:30:00 PM UTC | | Eluding | | BMW | 06/05/2025, 06:56:03 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 1 | 25 | 06/04/2025, 09:30:00 PM UTC 06/04/2025, 10:30:00 PM UTC | | Eluding | | BMW | 06/05/2025, 06:56:50 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 1 | 1 | 06/04/2025, 09:30:00 PM UTC 06/04/2025, 10:30:00 PM UTC | | Eluding | | BMW | 06/05/2025, 06:55:53 AM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/04/2025, 09:30:00 PM UTC 06/05/2025, 02:30:33 PM UTC | | elude | | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:17:56 PM UTC | search | | |
| Mark Conrad | Waukesha County WI SO | 237 | 4338 | 06/05/2025, 02:30:33 AM UTC 06/05/2025, 02:30:33 PM UTC | | elude | | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:17:34 PM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 06/10/2025, 01:30:43 AM UTC 06/10/2025, 03:30:43 AM UTC | | More Like This INVESTIGATION | | SedanBMWWhite | 06/10/2025, 03:13:47 AM UTC | search | | |
| Casey Staat | Waukesha County WI SO | 2 | 4 | 06/18/2025, 12:00:00 PM UTC 06/18/2025, 01:00:00 PM UTC | | h/r suspect | | BMW | 06/18/2025, 08:12:23 PM UTC | search | | |
| Casey Staat | Waukesha County WI SO | 2 | 11 | 06/18/2025, 12:00:00 PM UTC 06/18/2025, 01:00:00 PM UTC | | h/r suspect | | BMW | 06/18/2025, 08:13:18 PM UTC | search | | |

| Name | Org Name | Total Networks Searched | Total Devices Searched | Time Frame | License Plate | Reason | Case # | Filters | Search Time | Search Type | Text Prompt | Moderation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 03/01/2025, 12:00:00 PM UTC 03/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:18:23 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 03/22/2025, 11:00:00 AM UTC 04/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:17:12 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/01/2025, 11:00:00 AM UTC 04/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:16:58 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/02/2025, 01:30:43 AM UTC 04/17/2025, 03:30:43 AM UTC | | More Like This: INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:14:17 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/17/2025, 11:00:00 AM UTC 05/04/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:16:27 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/18/2025, 11:00:00 AM UTC 05/05/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:16:43 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 04/20/2025, 01:30:43 AM UTC 05/01/2025, 03:30:43 AM UTC | | More Like This: INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:14:05 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 02:43:54 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:11 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 179 | 3523 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:17 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 04/30/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:22 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:39:16 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:39:23 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:39:35 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/01/2025, 06:00:00 PM UTC 05/31/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 01:41:08 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 02:57:03 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:20:25 AM UTC | search | | |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 10 | 05/01/2025, 11:00:00 AM UTC 05/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 02:58:01 AM UTC | search | | |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 10 | 05/03/2025, 06:00:00 PM UTC 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:39:09 AM UTC | search | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brandon Shayhorn | Waukesha County WI SO | 3 | [illegible] | 10 | 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:39:09 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 14 | 05/03/2025, 11:00:00 AM UTC | 163 | 05/06/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 02:52:08 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/03/2025, 11:00:00 AM UTC | 10 | 05/18/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:20:37 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/04/2025, 01:00:01 AM UTC | 10 | 05/06/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 02:44:54 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:38:27 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 01:38:40 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/05/2025, 03:00:00 AM UTC | | INVESTIGATION | | SedanBMW | 06/10/2025, 01:41:19 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:08 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:40 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:42 AM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC | 10 | 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:45:57 AM UTC | search |
| Lisa Panas | Waukesha County WI SO | 3 | 05/04/2025, 10:30:00 PM UTC | 10 | 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMW | 05/06/2025, 07:08:01 PM UTC | search |
| Lisa Panas | Waukesha County WI SO | 3 | 05/04/2025, 10:30:00 PM UTC | 10 | 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWwhite | 05/06/2025, 07:09:35 PM UTC | search |
| Lisa Panas | Waukesha County WI SO | 3 | 05/04/2025, 10:30:00 PM UTC | 10 | 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWwhite | 05/06/2025, 07:10:11 PM UTC | search |
| Lisa Panas | Waukesha County WI SO | 3 | 05/04/2025, 10:30:00 PM UTC | 10 | 05/06/2025, 07:30:00 PM UTC | | Identify driver | w25032299 | BMWwhite | 05/06/2025, 07:10:39 PM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/04/2025, 11:00:00 AM UTC | 10 | 05/11/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:20:18 AM UTC | search |
| Lisa Panas | Waukesha County WI SO | 3 | 05/04/2025, 11:02:00 PM UTC | 10 | 05/04/2025, 11:30:00 PM UTC | | Identify driver | w25032299 | BMW | 05/06/2025, 07:07:09 PM UTC | search |
| Brandon Shayhorn | Waukesha County WI SO | 3 | 05/05/2025, 06:00:00 PM UTC | 10 | 05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | BMW | 06/10/2025, 02:44:56 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 05/14/2025, 08:00:00 PM UTC | 4338 | 05/31/2025, 12:00:00 AM UTC | | elude | | BMW | 06/05/2025, 02:21:54 PM UTC | search |
| [illegible] Steeno | Waukesha County WI SO | 3 | 05/15/2025, 10:00:49 PM UTC | 10 | 05/16/2025, 12:00:49 AM UTC | KNU1547 | DV | | BMWwisconsin | 05/15/2025, 11:36:11 PM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/16/2025, 11:00:00 AM UTC | 10 | 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:22:20 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/16/2025, 11:00:00 AM UTC | 10 | 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:22:38 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/16/2025, 11:00:00 AM UTC | 10 | 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:22:52 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/16/2025, 11:00:00 AM UTC | 10 | 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:22:58 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/16/2025, 11:00:00 AM UTC | 10 | 05/31/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:23:04 AM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/17/2025, 11:00:00 AM UTC | 10 | 06/01/2025, 03:00:01 AM UTC | | INVESTIGATION | | SedanBMWwhite | 06/10/2025, 03:05:12 AM UTC | search |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mark Conrad | Waukesha County WI SO | 237 | 4303 05/22/2025, 09:30:00 PM UTC | theft | SUVBMWwhite | 05/27/2025, 02:13:15 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 05/30/2025, 08:00:00 PM UTC<br>4338 05/31/2025, 12:00:00 AM UTC | elude | BMW | 06/05/2025, 02:21:41 PM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 05/30/2025, 11:00:00 AM UTC<br>10 05/31/2025, 03:00:01 AM UTC | INVESTIGATION | SedanBMWwhite | 06/10/2025, 03:23:20 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/01/2025, 08:00:00 PM UTC<br>4338 06/02/2025, 12:00:00 AM UTC | elude | BMW | 06/05/2025, 02:21:25 PM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 06/01/2025, 11:00:00 AM UTC<br>10 06/10/2025, 03:00:01 AM UTC | INVESTIGATION | SedanBMWwhite | 06/10/2025, 03:19:17 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/02/2025, 08:00:00 PM UTC<br>4338 06/03/2025, 12:00:00 AM UTC | elude | BMW | 06/05/2025, 02:21:17 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 02:30:28 PM UTC<br>4338 06/05/2025, 02:30:28 PM UTC | elude | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:15:29 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 02:30:28 PM UTC<br>4338 06/05/2025, 02:30:28 PM UTC | elude | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:15:32 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 08:00:00 PM UTC<br>4338 06/04/2025, 12:00:00 AM UTC | elude | BMW | 06/05/2025, 02:21:10 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 09:00:00 PM UTC<br>4338 06/04/2025, 12:00:00 AM UTC | elude | BMW | 06/05/2025, 02:21:03 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 10:00:00 PM UTC<br>4338 06/03/2025, 11:00:00 PM UTC | elude | BMW | 06/05/2025, 02:20:53 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/03/2025, 10:00:00 PM UTC<br>4338 06/04/2025, 11:00:00 PM UTC | elude | BMW | 06/05/2025, 02:20:41 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/04/2025, 02:30:19 PM UTC<br>4338 06/05/2025, 02:30:19 PM UTC | elude | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:14:31 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/04/2025, 05:00:00 AM UTC<br>4338 06/05/2025, 06:48:59 AM UTC | Elude | BMW | 06/05/2025, 06:50:30 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 1 | 06/04/2025, 09:30:00 PM UTC<br>25 06/04/2025, 10:30:00 PM UTC | Eluding | BMW | 06/05/2025, 06:54:52 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 1 | 06/04/2025, 09:30:00 PM UTC<br>1 06/04/2025, 10:30:00 PM UTC | Eluding | BMW | 06/05/2025, 06:55:03 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 1 | 06/04/2025, 09:30:00 PM UTC<br>25 06/04/2025, 10:30:00 PM UTC | Eluding | BMW | 06/05/2025, 06:55:50 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 1 | 06/04/2025, 09:30:00 PM UTC<br>1 06/04/2025, 10:30:00 PM UTC | Eluding | BMW | 06/05/2025, 06:55:53 AM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/04/2025, 09:30:00 PM UTC<br>4338 06/05/2025, 02:30:33 PM UTC | elude | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:17:56 PM UTC | search |
| Mark Conrad | Waukesha County WI SO | 237 | 06/05/2025, 02:30:33 AM UTC<br>4338 06/05/2025, 02:30:33 PM UTC | elude | Sedan, Coupe, Convertible, Hatchback, WagonBMW | 06/05/2025, 02:17:34 PM UTC | search |
| Jarrett Scheelk | Waukesha County WI SO | 3 | 06/10/2025, 01:30:43 AM UTC<br>10 06/10/2025, 03:30:43 AM UTC | More Like This: INVESTIGATION | SedanBMWwhite | 06/10/2025, 03:13:47 AM UTC | search |
| Casey Staat | Waukesha County WI SO | 2 | 06/18/2025, 12:00:00 PM UTC<br>4 06/18/2025, 01:00:00 PM UTC | h/r suspect | BMW | 06/18/2025, 08:12:23 PM UTC | search |
| Casey Staat | Waukesha County WI SO | 2 | 06/18/2025, 12:00:00 PM UTC<br>11 06/18/2025, 01:00:00 PM UTC | h/r suspect | BMW | 06/18/2025, 08:13:18 PM UTC | search |

Shayhorn flock 6-1 to 6-30 2025

| ID | Name | Org Name | Total Networks Searched | Time Frame | License Plate | Reason | Case # | Filters | Search Time | Search Type | Text Prompt | Moderation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 943db2aa-1d72-4d7c-bb78-e3465587a9cf | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:00:23 AM UTC 06/06/2025, 10:00:23 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 09:34:31 PM UTC | search | | |
| 70d86419-eea3-498d-a9f2-293111926800 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/05/2025, 10:00:33 AM UTC 06/06/2025, 10:00:33 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 09:34:34 PM UTC | search | | |
| ede7fff5-4658-4eb4-9a80-7d9d468461b6 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:00:28 AM UTC 06/06/2025, 10:00:28 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 09:48:30 PM UTC | search | | |
| de484208-e2f2-47f1-a431-c9d5c785c2c9 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:00:31 AM UTC 06/06/2025, 10:00:31 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 09:48:32 PM UTC | search | | |
| 85f1f8cf-b8eb-4c61-a6e4-63e2b43057af | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:30:15 AM UTC 06/06/2025, 10:30:15 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:01:17 PM UTC | search | | |
| aa41e575-8d29-48b2-ae02-270825bb8826 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/05/2025, 10:30:19 PM UTC 06/06/2025, 10:30:19 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:01:20 PM UTC | search | | |
| 915c4379-f58a-4f66-abe6-3157ee64499e | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/04/2025, 10:30:34 PM UTC 06/06/2025, 10:30:34 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:01:34 PM UTC | search | | |
| c8fd9292-51e0-4b41-bd9c-d89f65cf2e2a | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:30:33 AM UTC 06/06/2025, 10:30:33 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:14:34 PM UTC | search | | |
| a9fc0ec7-33da-43d9-8512-97d5b10bf32b | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/05/2025, 10:30:36 PM UTC 06/06/2025, 10:30:36 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:14:37 PM UTC | search | | |
| e16cb944-4f1c-4749-bfd8-4e6da8ca9cbf | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:30:37 AM UTC 06/06/2025, 10:30:37 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:17:38 PM UTC | search | | |
| 1a8e4db1-90e4-424a-a37d-6d36203b4a3b | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 10:30:40 AM UTC 06/06/2025, 10:30:40 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:18:41 PM UTC | search | | |
| 958dd789-82cb-4265-a600-41397b0c844a | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 11:00:17 AM UTC 06/06/2025, 11:00:17 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:43:18 PM UTC | search | | |
| 02cea4e0-616c-49f6-9f4c-f5a6eb468fb8 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/05/2025, 11:00:19 PM UTC 06/06/2025, 11:00:19 PM UTC | UA2075 | WELLBEING CHECK | | | 06/06/2025, 10:43:20 PM UTC | search | | |
| dcadda7e-9018-451d-a778-603bf15473eb | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/07/2025, 03:00:50 PM UTC 06/08/2025, 03:00:50 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:36:57 AM UTC | search | | |
| 112d9d15-0fc1-4b3e-a469-bdaf19d18736 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 03:00:58 PM UTC 06/08/2025, 03:00:58 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:36:59 AM UTC | search | | |
| a4f98f1c-1e3a-42b9-a513-1d33b4ede359 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:37:02 AM UTC | search | | |
| e1e7e359-51d5-4586-b534-32fb2f45930a | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/04/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:37:06 AM UTC | search | | |
| 4122c3ea-d6ae-4b02-b824-90bb203bc730 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/02/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:37:10 AM UTC | search | | |
| 73cecaef-1db9-4c37-aa11-2b75a167340d | Brandon Shayhorn | Waukesha County WI SO | 179 | 04/30/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:37:17 AM UTC | search | | |
| ac4ba4cc-0071-4cff-a54e-f77b2ca560f0 | Brandon Shayhorn | Waukesha County WI SO | 179 | 04/30/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9895 | STOLEN PLATE | | | 06/08/2025, 02:37:37 AM UTC | search | | |
| a8cfb877-9367-44be-b4ec-a9c92ceb028c | Brandon Shayhorn | Waukesha County WI SO | 179 | 04/30/2025, 03:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:37:49 AM UTC | search | | |
| 1384e3cc-b328-48ba-986e-c9b5ba4078d1 | Brandon Shayhorn | Waukesha County WI SO | 179 | 01/29/2025, 04:00:01 AM UTC 06/08/2025, 03:00:01 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:38:37 AM UTC | search | | |
| 4e0f2614-8664-4b49-a172-ac5fb1e906c9 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/07/2025, 03:00:47 AM UTC 06/08/2025, 03:00:47 AM UTC | AAY9885 | STOLEN PLATE | | | 06/08/2025, 02:38:48 AM UTC | search | | |
| 11928be6-dab0-456b-b6cc-90abf4190c05 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/07/2025, 03:00:19 PM UTC 06/08/2025, 03:00:19 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:20 AM UTC | search | | |
| 8250b44f-ecb7-4c63-8453-1cb017e8c142 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/07/2025, 03:00:29 AM UTC 06/08/2025, 03:00:29 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:30 AM UTC | search | | |
| d8d88294-6bc0-4543-9f80-864df4df7f8f | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 03:00:33 PM UTC 06/08/2025, 03:00:33 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:34 AM UTC | search | | |
| 3af7de36-2849-4dc5-8740-14ebbd2f37c6 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/06/2025, 03:00:36 AM UTC 06/08/2025, 03:00:36 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:37 AM UTC | search | | |
| aa54361a-d69b-4b71-aa16-5a4e2fb9c032 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/07/2025, 03:00:48 PM UTC 06/08/2025, 03:00:48 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:49 AM UTC | search | | |
| 17ce5087-c411-4732-9111-c34ff5bcd2c6 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/07/2025, 03:00:48 PM UTC 06/08/2025, 03:00:48 AM UTC | | STOLEN PLATE | | Cadillac, red | 06/08/2025, 02:39:56 AM UTC | search | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ba098a01-e4ce-4b9b-a8bf-0eaacd775a08 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/04/2025, 09:00:00 PM UTC<br>06/05/2025, 07:30:00 PM UTC | STOLEN | Trailer | 06/09/2025, 08:37:44 PM UTC | search |
| dddb6240-1de7-4010-af74-9c253bf1b44b | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/04/2025, 09:00:00 PM UTC<br>06/05/2025, 07:30:00 PM UTC | STOLEN | Trailer | 06/09/2025, 08:37:59 PM UTC | search |
| 57659489-8d6e-4dc4-be1a-ac7112b20a79 | Brandon Shayhorn | Waukesha County WI SO | 6 | 06/04/2025, 09:00:00 PM UTC<br>06/05/2025, 07:30:00 PM UTC | STOLEN | Trailer | 06/09/2025, 08:42:29 PM UTC | search |
| 1b291214-8a09-4c36-bca6-e9b13b678ba0 | Brandon Shayhorn | Waukesha County WI SO | 6 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 08:56:34 PM UTC | search |
| b784a2d0-4b10-4cb1-be4c-d92152adaa08 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 08:56:44 PM UTC | search |
| b2009bfa-fd98-46bd-be62-4d47a91f1517 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 08:57:00 PM UTC | search |
| dfbd73f2-035f-48ea-92ee-207b40c79f5b | Brandon Shayhorn | Waukesha County WI SO | 6 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 08:57:35 PM UTC | search |
| 11d7b01c-51e6-401a-adf7-1964e11a918b | Brandon Shayhorn | Waukesha County WI SO | 6 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 09:07:37 PM UTC | search |
| 36571062-739c-482d-881e-1b74ae7b21d7 | Brandon Shayhorn | Waukesha County WI SO | 4 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 09:07:47 PM UTC | search |
| 478dc8a9-d2ac-485e-bb65-382584f20405 | Brandon Shayhorn | Waukesha County WI SO | 175 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 09:07:51 PM UTC | search |
| 4747dd19-d609-4f76-97d3-7e5dd2bd1518 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/05/2025, 02:00:00 AM UTC<br>06/05/2025, 07:00:00 AM UTC | STOLEN | Trailer | 06/09/2025, 09:08:03 PM UTC | search |
| de8e63a2-afa4-419d-9693-cdebedc68489 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:38:27 AM UTC | search |
| b98f2956-6306-4bbb-823c-3a351beb9d87 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:38:40 AM UTC | search |
| 0cf32b65-8064-4053-af66-b9e50e9cbaad | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/03/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:39:09 AM UTC | search |
| bacbe740-d5f1-4f1b-8125-a81cdc3ac313 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/01/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:39:16 AM UTC | search |
| 88136a4a-a418-44b7-9015-c83382d8c218 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/01/2025, 06:00:00 PM UTC<br>05/31/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:39:23 AM UTC | search |
| 8f8c4fe6-e3fd-44e7-90e6-e49eb60a10cc | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/01/2025, 06:00:00 PM UTC<br>05/31/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW, white | 06/10/2025, 01:39:35 AM UTC | search |
| 9f212f03-7941-4258-9dd1-7ca9f1bbee03 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/01/2025, 06:00:00 PM UTC<br>05/31/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW | 06/10/2025, 01:41:08 AM UTC | search |
| ca74ec41-632f-42fe-b902-f00c5541c2b3 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW | 06/10/2025, 01:41:19 AM UTC | search |
| 14ea97ca-e14e-475a-91dd-ca99a7c93032 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/30/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, BMW | 06/10/2025, 02:43:54 AM UTC | search |
| 18ca4c1b-3b4f-4c29-88e6-013a13518388 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/30/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:44:11 AM UTC | search |
| b3093332-ff8a-46d4-9f5e-0dc169dc9f5d | Brandon Shayhorn | Waukesha County WI SO | 179 | 04/30/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:44:17 AM UTC | search |
| f5917c62-1b00-4c4e-8487-dd19162fead1 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/30/2025, 06:00:00 PM UTC<br>05/05/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:44:22 AM UTC | search |
| 95339cbb-0b81-489c-b464-ec97232e39a8 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/05/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:44:56 AM UTC | search |
| dafdb34e-2b5b-4e02-a8f7-5b5d77969a54 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:45:08 AM UTC | search |
| 0f75a4b9-a1b6-4418-b1ed-751d4ebfab0e | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:45:40 AM UTC | search |
| 183fd09c-3d8e-465a-bd08-d0166e84ff26 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:45:42 AM UTC | search |
| 8053330e-f36e-470f-8d9a-36ad2569e8d4 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | BMW | 06/10/2025, 02:45:57 AM UTC | search |
| afab340a-8537-40db-bce2-d9928ce84bc2 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, white | 06/10/2025, 02:46:31 AM UTC | search |
| bf988cc2-736c-4a4b-a7c4-6e635c94e829 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, white | 06/10/2025, 02:46:39 AM UTC | search |
| 889e4ee1-11be-4cca-a7de-4d42d4d80f9e | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | INVESTIGATION | Sedan, white | 06/10/2025, 02:47:21 AM UTC | search |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7a9a45e2-873e-4034-a853-f1cac11c0710 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | Sedan, white | 06/10/2025, 02:47:29 AM UTC | search |
| 17d2c6cd-7295-4936-a060-582150bd0994 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | Sedan, white | 06/10/2025, 02:47:32 AM UTC | search |
| 3c1b1797-f3d3-410d-8fd5-92f41b80bb49 | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | Sedan, white | 06/10/2025, 02:47:35 AM UTC | search |
| 7f66e27a-afb5-472c-b2eb-a14b6b12015d | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | Sedan | 06/10/2025, 02:47:42 AM UTC | search |
| de48f403-6bf8-49d0-9dc1-d2fd770fc47c | Brandon Shayhorn | Waukesha County WI SO | 3 | 05/04/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | 06/10/2025, 02:47:52 AM UTC | search |
| a9d3ebb5-4b17-490f-b9cd-b767a97675d3 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/30/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | 06/10/2025, 02:48:09 AM UTC | search |
| 4ad32b0e-f95d-4ef2-883f-ea2962474577 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/06/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | | 06/10/2025, 02:48:30 AM UTC | search |
| 16c7e4b7-7745-492f-93f4-55703fb9e323 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/06/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | white | 06/10/2025, 02:49:06 AM UTC | search |
| e258651a-9060-4c83-b332-0cb5cb59b691 | Brandon Shayhorn | Waukesha County WI SO | 3 | 04/06/2025, 06:00:00 PM UTC<br>05/06/2025, 03:00:00 AM UTC | | INVESTIGATION | Sedan, white | 06/10/2025, 02:49:13 AM UTC | search |
| 56ff270e-db87-4415-9806-301aaddde326 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/09/2025, 03:30:40 PM UTC<br>06/10/2025, 03:30:40 AM UTC | BBA2409 | INESTIGATION | | 06/10/2025, 03:06:47 AM UTC | search |
| b991c0c0-487b-49d5-9356-d528b5b69922 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/08/2025, 03:30:49 AM UTC<br>06/10/2025, 03:30:49 AM UTC | BBA2409 | INESTIGATION | | 06/10/2025, 03:06:50 AM UTC | search |
| 727e4633-04e3-4bea-bed9-4bdf19ffd7e9 | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/08/2025, 03:30:49 AM UTC<br>06/10/2025, 03:30:49 AM UTC | BBA2409 | INESTIGATION | | 06/10/2025, 03:06:53 AM UTC | search |
| b479b17a-b192-4b80-bf29-1d9ffb16a2df | Brandon Shayhorn | Waukesha County WI SO | 179 | 06/03/2025, 03:30:49 AM UTC<br>06/10/2025, 03:30:49 AM UTC | BBA2409 | INESTIGATION | | 06/10/2025, 03:07:00 AM UTC | search |
| 37b277c7-6729-48b8-8373-21c96786b098 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/14/2025, 09:30:58 AM UTC<br>06/14/2025, 09:30:58 PM UTC | 227WTN | investigation | | 06/14/2025, 09:04:00 PM UTC | search |
| 57b32b4e-ad1d-4a7e-a875-25d93932b8f3 | Brandon Shayhorn | Waukesha County WI SO | 3 | 06/12/2025, 09:30:02 PM UTC<br>06/14/2025, 09:30:02 PM UTC | 227WTN | investigation | | 06/14/2025, 09:04:03 PM UTC | search |
| 4cec46f4-1eaa-4be7-867c-30198e874316 | Brandon Shayhorn | Waukesha County WI SO | 178 | 06/12/2025, 09:30:02 PM UTC<br>06/14/2025, 09:30:02 PM UTC | 227WTN | investigation | | 06/14/2025, 09:04:07 PM UTC | search |
| 6940e925-d729-439c-a579-f99954fe5f9c | Brandon Shayhorn | Waukesha County WI SO | 178 | 06/01/2025, 09:30:02 PM UTC<br>06/14/2025, 09:30:02 PM UTC | 227WTN | investigation | | 06/14/2025, 09:05:52 PM UTC | search |
| e418d54a-df8f-4f43-a2b6-7dfcfdf3e21d | Brandon Shayhorn | Waukesha County WI SO | 178 | 06/13/2025, 09:30:24 PM UTC<br>06/14/2025, 09:30:24 PM UTC | 227WTN | investigation | | 06/14/2025, 09:07:25 PM UTC | search |
| 98d77932-7374-4f1a-9e4f-45888db19266 | Brandon Shayhorn | Waukesha County WI SO | 178 | 06/14/2025, 07:30:41 PM UTC<br>06/14/2025, 09:30:41 PM UTC | | investigation | | 06/14/2025, 09:34:50 PM UTC | search |
| e874d770-6c90-4d87-b5b3-23433dcf41da | Brandon Shayhorn | Waukesha County WI SO | 178 | 06/22/2025, 03:00:38 PM UTC<br>06/23/2025, 03:00:38 AM UTC | ASW9416 | MISSING | | 06/23/2025, 02:36:44 AM UTC | search |